BELL *et al. v.* STARNES *et al.*

FISH, C. J. Under the evidence submitted, the judge did not abuse his discretion in refusing to grant an interlocutory injunction.

*Judgment affirmed. All the Justices concur.*

Argued February 16,—Decided June 26, 1909.

Petition for injunction. Before Judge Pendleton. Fulton superior court. November 21, 1908.

*Westmoreland Brothers,* for plaintiffs. *Moore & Branch* and *Anderson, Felder, Rountree & Wilson,* for defendants.